## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **NO. 22-CR-00001** |
| **vs.** | |
| **DOUG HARGRAVE,** | **NOTICE OF INTENT TO PLEAD GUILTY** |
| **Defendant.** | |

COMES NOW, Defendant Doug Hargrave, by and through the undersigned counsel and does hereby give notice to the Court that the Defendant, Doug Hargrave, intends to enter a plea of guilty at the time of his initial appearance in this case. The Defendant has previously executed and there has been filed a Notice regarding entry of a plea of guilty and the consent to proceed before a Magistrate Judge (Document 4).

CERTIFICATE OF SERVICE

I hereby certify that on **January 4, 2022**, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

*Sean R. Berry,*
*Kyndra Lundquist*

By: ___*/s/ Lori Manson*_____

___*/s/ Stephen A. Swift*_____
Stephen A. Swift      AT0007751
KLINGER, ROBINSON & FORD, L.L.P.
401 Old Marion Road NE
P. O. Box 10020
Cedar Rapids, IA 52410-0020
(319) 395-7400
(319) 395-9041 (Facsimile)
sswift@krflawfirm.com

ATTORNEY FOR DEFENDANT