# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff,**<br><br>vs.<br><br>**DOUG HARGRAVE,**<br><br>**Defendant.** | **NO. 22-CR-00001**<br><br><br>**APPEARANCE OF ATTORNEY** |

COMES NOW, attorney Austin G. Collins with the firm Klinger, Robinson & Ford, LLP and does hereby enter his appearance for and on behalf of the Defendant, Doug Hargrave.

| | |
|---|---|
| CERTIFICATE OF SERVICE<br><br>I hereby certify that on **January 4, 2022**, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following:<br><br>*Sean R. Berry,*<br>*Kyndra Lundquist*<br><br><br>By: ___/s/_____ | /s/ _____<br>Austin G. Collins      AT0014208<br>KLINGER, ROBINSON & FORD, L.L.P.<br>401 Old Marion Road NE<br>P. O. Box 10020<br>Cedar Rapids, IA 52410-0020<br>(319) 395-7400<br>(319) 395-9041 (Facsimile)<br>acollins@krflawfirm.com<br><br>ATTORNEY FOR DEFENDANT |