# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DOUG HARGRAVE,<br><br>    Defendant. | No. 22-CR-1 CJW-MAR<br><br>**ORDER RESCHEDULING SENTENCING HEARING** |

_____

The matter before the Court is defendant's Unresisted Motion to Continue Sentencing Date. (Doc. 23). In the motion, defense counsel details serious health issues he has encountered which necessitates the continuance of defendant's sentencing.

Therefore, for good cause and the reasons stated in the motion, the motion is **granted.** The sentencing hearing, currently scheduled for November 4, 2022, is rescheduled to **Friday, February 17, 2023, at 8:30 a.m.**[1]**;** United States Courthouse, Courtroom 3, 111 Seventh Avenue SE, Cedar Rapids, Iowa.

**IT IS SO ORDERED** this 13th day of October, 2022.

_____
C.J. Williams
United States District Judge
Northern District of Iowa

---

[1] The deadline requirements established in the Order setting sentencing hearing and establishing deadlines at Doc. 22 continue to govern, but now with the new sentencing date of February 17, 2023, substituted, the time frames attach to the new sentencing date scheduled.