IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | NO. 22-CR-00001 |
| vs. | |
| DOUG HARGRAVE, | DEFENDANT'S MOTION FOR DOWNARD DEPARTURE AND DOWNWARD VARIANCE |
| Defendant. | |

COMES NOW, Defendant Doug Hargrave, by and through his counsel, and for his Motion for Downward Departure and Downward Variance states as follows:

1. Defendant Doug Hargrave moves the Court to grant a Downward Departure and/or Downward Variance under the Advisory Sentencing Guidelines to comply with the purposes set forth in 18 U.S.C. § 3553(a).

2. Defendant will argue in his Memorandum in support of this motion that the specific facts of this case and the unique circumstances of his offense support a downward variance from the Guidelines-recommended sentence and that a sentence below the United States Sentencing Guidelines calculated range would be "sufficient, but not greater than necessary."

3. A downward departure is appropriate under USSG § 5K2.20 due to the fact that Defendant's conduct constituted aberrant behavior.

4. A variance is appropriate because the amount of loss calculated by the government, if used for sentencing purposes, overstates the seriousness of the offense; because the Defendant did not personally directly profit from the loss that occurred due to his criminal conduct; and because Defendant has already made significant strides in beginning the process of his rehabilitation.

WHEREFORE, Defendant Doug Hargrave respectfully requests that the Court grant a downward variance from the Advisory Sentencing Guideline range.

Respectfully submitted,

_/s/_

Stephen A. Swift     AT0007751

_/s/_

Austin G. Collins     AT0014208
KLINGER, ROBINSON & FORD, L.L.P.
401 Old Marion Road NE
P. O. Box 10020
Cedar Rapids, IA 52410-0020
(319) 395-7400
(319) 395-9041 (Facsimile)
ATTORNEYS FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on **February ___, 2023**, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

*Kyndra Lundquist, AUSA*

By: _____