# REVOLVING LINE OF CREDIT

# TIMELINE

# LOSS

**Dec 15, 2017**

Bank and GoCR execute promissory note for $1.5 million to fund the cash flow needs of Newbo Evolve  PSR ¶ 13, Ex. 1

**Jan-2018**

**Feb-2018**

**Mar-2018**

**April 11, 2018**

McCreight shares a budget of $335,909.66 with GoCR. Minutes: "time to consider contingency plans to cut costs and increase income with additional sponsorship dollars."  PSR ¶ 16

**May 16, 2018**

McCreight reports to GoCR Board that passes are not selling as originally budgeted and the budget is reduced and getting more realistic  PSR ¶ 18

**June 1, 2018**

McCreight and Hargrave provide a Newbo Evolve budget of $84,703.66 to Bank  PSR ¶ 19

**June 11, 2018**

Hargrave informs McCreight and Myers the budget now projecting more than $1.1 million loss  PSR ¶ 20

**June 14, 2018**

GoCR receives **$225,000** advance from Bank  PSR ¶ 21

Hargrave sends false budget projecting $154,653.66 profit to United Capital, a potential lender  Ex. 7

**June 15, 2018**

McCreight directed to cut budget to reduce $1.1 million loss to no more than $250,000  PSR ¶ 22

**June 20, 2018**

McCreight presents budget loss of $644,846.34 to the GoCR board. Board informed budget very tight, and Newbo Evolve would be short but nothing left to cut  PSR ¶ 23

**Government Exhibit 1**
Case 22-CR-00001-CJW Sentencing

Page 1 of 2



## Timeline

**July 16, 2018**
- Hargrave emails false Budget to Bank showing $65,653.66 profit  *PSR ¶ 26*
- McCreight makes false statement about ticket sales to Bank regarding increase in the line of credit from $1.5 to $1.75  *PSR ¶ 27*

**July 18, 2018**
- McCreight provides the same false ticket numbers to the Board  *PSR ¶ 28*

**July 19, 2018**
- GoCR and Bank execute promissory note of $1.75 replacing the prior $1.5 note. McCreight and Hargrave obtain additional **$250,000**  *PSR ¶ 29, Ex. 2*

**July 31, 2018**
- McCreight and Hargrave request another **$450,000** from Bank  *PSR ¶¶ 30-32*

**August 1, 2018**
- GoCR and Bank execute promissory note in the amount of $2.2 replacing the prior $1.75 note  *PSR ¶ 32, Ex. 3*

**August 3-5, 2018 — Newbo Evolve**

**August 15, 2018**
- GoCR and Bank execute agreement in the amount of $1.5 replacing the prior $2.2 note  *Ex. 4*
- Bank recovers $757,768.75 from Newbo Evolve  *PSR ¶ 40*