IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | No. 22-CR-0001-CJW |
| vs. | ) ) | |
| DOUG HARGRAVE, | ) ) | |
| Defendant. | ) ) ) | |

**GOVERNMENT'S SENTENCING MEMORANDUM**

In advance of the sentencing hearing set in the above listed case, the United States hereby provides its sentencing memorandum.

I. **WITNESSES/EXHIBITS/ISSUES**

    A. **Government Witnesses**

        1. Special Agent Kent Moore, FBI

    B. **Government Exhibits**

        1. Government's Summary Timeline of Loss

        2. December 15, 2017 Promissory Note

        3. July 19, 2018 Promissory Note

        4. August 1, 2018 Promissory Note

        5. Post-Newbo Evolve August 15, 2018 Agreement

        6. June 11, 2018 Internal GoCR Newbo Evolve -$1.1 million Budget

        7. Defendant's Communications With United Capital

        8. Kelly Clarkson Contract

1

9. Statement of Jim Haddad, GoCR's Interim CEO, Closing GoCR

10. Articles of Incorporation and Bylaws of GoCR

11. Newbo Evolve Promotional Flyer

12. Exhibit to Loan Application Showing $500,000 Loan from the City

C. **Sentencing Issues**

The Final Presentence Investigation Report (Doc. 21) ("PSR") filed on August 16, 2022, lists three contested issues other than departure and variance issues:[1] (1) whether a fourteen-level increase for amount of loss applies under USSG §2B1.1(b)(1)(H); (2) whether a two-level increase for abuse of a position of trust applies under USSG §3B1.3; and (3) the amount of restitution.

As explained in the attached brief, the United States asks the Court to: (1) apply the fourteen-level increase for loss; (2) impose the two-level enhancement for abuse of trust; and (3) order restitution as recommended in the PSR.

Respectfully submitted,

TIMOTHY T. DUAX
United States Attorney

By: */s/ Kyndra Lundquist*

KYNDRA LUNDQUIST
Assistant United States Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, IA 52401-2101
319-363-6333
319-363-1990 – Fax
Kyndra.Lundquist@usdoj.gov

CERTIFICATE OF SERVICE
I hereby certify that on February 9, 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the parties or attorneys of record.
UNITED STATES ATTORNEY
BY: /s/ KAL_____

---

[1] The United States will respond to defendant's motions for a downward variance and a downward departure after they are filed.