## Outstanding Payments

| Date | Type | Number | Name | Memo/Description | Amount | Status |
|---|---|---|---|---|---|---|
| 07/12/2018 | Bill | | 1st Avenue Wine House | mimosa mile | 826.56 | Uncleared |
| 08/04/2018 | Bill | | Warner-Elektra-Atlantic Corp | Artist Share of Net Revenues | 5,940.32 | Uncleared |
| 08/04/2018 | Bill | Maroon 5 | Live Nation Merchandise, Inc. | | 30,863.00 | Uncleared |
| 08/07/2018 | Bill | Inv #2778R | Concert Marketing Solutions, LLC | CMS on-site fee & radio placement reimbursement | 2,989.74 | Uncleared |
| 08/07/2018 | Bill | Inv #2778R | Concert Marketing Solutions, LLC | | 5,000.00 | Uncleared |
| 06/27/2018 | Check | 3058 | Chicken Soup for the Soul, LLC | key note speaker | 5,000.00 | Uncleared |
| 07/19/2018 | Bill | | Filecard, Inc | final payment - John Waters | 7,500.00 | Uncleared |
| 07/23/2018 | Bill | | Berinsky, Adam | final payment | 3,500.00 | Uncleared |
| 07/23/2018 | Bill | | Creative Artists Agency | airfare for the Harps | 859.40 | Uncleared |
| 07/30/2018 | Expenditure | music express | Bankers CC Marketing/Admin | | 149.00 | Uncleared |
| 07/30/2018 | Expenditure | music express | Bankers CC Marketing/Admin | | 149.00 | Uncleared |
| 07/30/2018 | Expenditure | music express | Bankers CC Marketing/Admin | | 149.00 | Uncleared |
| 07/31/2018 | Expenditure | music express | Bankers CC Marketing/Admin | | 149.00 | Uncleared |
| 07/31/2018 | Expenditure | music express | Bankers CC Marketing/Admin | | 249.00 | Uncleared |
| 07/31/2018 | Expenditure | music express | Bankers CC Marketing/Admin | | 249.00 | Uncleared |
| 07/31/2018 | Expenditure | music express | Bankers CC Marketing/Admin | | 249.00 | Uncleared |
| 07/31/2018 | Expenditure | music express | Bankers CC Marketing/Admin | | 249.00 | Uncleared |
| 07/31/2018 | Expenditure | music express | Bankers CC Marketing/Admin | | 249.00 | Uncleared |
| 07/31/2018 | Expenditure | music express | Bankers CC Marketing/Admin | | 249.00 | Uncleared |
| 07/31/2018 | Expenditure | music express | Bankers CC Marketing/Admin | | 249.00 | Uncleared |
| 07/31/2018 | Expenditure | music express | Bankers CC Marketing/Admin | | 149.00 | Uncleared |
| 07/31/2018 | Expenditure | music express | Bankers CC Marketing/Admin | | 149.00 | Uncleared |
| 07/31/2018 | Expenditure | music express | Bankers CC Marketing/Admin | | 149.00 | Uncleared |
| 07/31/2018 | Expenditure | music express | Bankers CC Marketing/Admin | | 149.00 | Uncleared |
| 07/31/2018 | Expenditure | music express | Bankers CC Marketing/Admin | | 149.00 | Uncleared |
| 07/31/2018 | Expenditure | music express | Bankers CC Marketing/Admin | | 249.00 | Uncleared |
| 08/02/2018 | Bill | Inv #LA-01227507 | Music Express Inc. | | 123.60 | Uncleared |
| 08/02/2018 | Bill | Inv #LA-01211558 | Music Express Inc. | | 1,753.70 | Uncleared |
| 08/02/2018 | Bill | Inv #LA-01211559 | Music Express Inc. | | 1,483.90 | Uncleared |
| 08/02/2018 | Bill | Inv #LA-01211560 | Music Express Inc. | | 184.60 | Uncleared |
| 08/02/2018 | Bill | Inv #LA-01211549 | Music Express Inc. | | 2,733.50 | Uncleared |
| 08/03/2018 | Bill | Inv #LA-01226140 | Music Express Inc. | | 1,661.40 | Uncleared |
| 08/03/2018 | Bill | Inv #LA-01226149 | Music Express Inc. | | 1,661.40 | Uncleared |
| 08/03/2018 | Bill | Inv #LA-01227522 | Music Express Inc. | | 137.50 | Uncleared |
| 08/03/2018 | Bill | Inv #LA-01227519 | Music Express Inc. | | 105.60 | Uncleared |
| 08/03/2018 | Bill | Inv #LA-01227517 | Music Express Inc. | | 105.60 | Uncleared |
| 08/03/2018 | Bill | Inv #LA-01226651 | Music Express Inc. | | 2,566.80 | Uncleared |
| 08/03/2018 | Bill | Inv #LA-01226636 | Music Express Inc. | | 1,414.48 | Uncleared |
| 08/03/2018 | Bill | Inv #LA-01226500 | Music Express Inc. | | 2,950.20 | Uncleared |
| 08/03/2018 | Bill | Inv #LA-01226499 | Music Express Inc. | | 2,950.20 | Uncleared |

| Date | Type | Num | Name | Memo | Amount | Status |
|---|---|---|---|---|---|---|
| 08/03/2018 | Bill | Inv #LA-01226143 | Music Express Inc. | | 1,661.40 | Uncleared |
| 08/03/2018 | Bill | Inv #LA-01226480 | Music Express Inc. | | 4,721.50 | Uncleared |
| 08/03/2018 | Bill | Inv #LA-01226477 | Music Express Inc. | | 2,563.10 | Uncleared |
| 08/03/2018 | Bill | Inv #LA-01226478 | Music Express Inc. | | 2,563.10 | Uncleared |
| 08/03/2018 | Bill | Inv #LA-01226475 | Music Express Inc. | | 1,661.40 | Uncleared |
| 08/03/2018 | Bill | Inv #LA-01226147 | Music Express Inc. | | 1,661.40 | Uncleared |
| 08/04/2018 | Bill | Inv #LA-01226649 | Music Express Inc. | | 1,661.40 | Uncleared |
| 08/04/2018 | Bill | Inv #LA-01211565 | Music Express Inc. | | 3,507.40 | Uncleared |
| 08/04/2018 | Bill | Inv #LA-0122665 | Music Express Inc. | | 1,661.40 | Uncleared |
| 08/04/2018 | Bill | Inv #LA-01226502 | Music Express Inc. | | 2,786.30 | Uncleared |
| 08/04/2018 | Bill | Inv #LA-01226504 | Music Express Inc. | | 2,786.30 | Uncleared |
| 08/04/2018 | Bill | Inv #LA-01226537 | Music Express Inc. | | 1,414.48 | Uncleared |
| 08/04/2018 | Bill | Inv #LA-01226652 | Music Express Inc. | | 2,424.20 | Uncleared |
| 08/04/2018 | Bill | Inv #LA-01226484 | Music Express Inc. | | 2,563.10 | Uncleared |
| 08/04/2018 | Bill | Inv #LA-01226485 | Music Express Inc. | | 2,563.10 | Uncleared |
| 08/04/2018 | Bill | Inv #LA-01226647 | Music Express Inc. | | 1,661.40 | Uncleared |
| 08/04/2018 | Bill | Inv #LA-01226646 | Music Express Inc. | | 1,661.40 | Uncleared |
| 08/04/2018 | Bill | Inv #LA-01226648 | Music Express Inc. | | 1,661.40 | Uncleared |
| 08/05/2018 | Bill | Inv #LA-01226557 | Music Express Inc. | | 830.70 | Uncleared |
| 08/05/2018 | Bill | Inv #LA-01211568 | Music Express Inc. | | 1,199.90 | Uncleared |
| 08/05/2018 | Bill | Inv #LA-01211566 | Music Express Inc. | | 1,214.10 | Uncleared |
| 08/05/2018 | Bill | Inv #LA-01211571 | Music Express Inc. | | 830.70 | Uncleared |
| 08/05/2018 | Bill | Inv #LA-01211570 | Music Express Inc. | | 830.70 | Uncleared |
| 08/05/2018 | Bill | Inv #LA-01211569 | Music Express Inc. | | 1,107.60 | Uncleared |
| 08/05/2018 | Bill | Inv #LA-01211567 | Music Express Inc. | | 1,214.10 | Uncleared |
| 08/05/2018 | Bill | Inv #LA-01227524 | Music Express Inc. | | 184.96 | Uncleared |
| 08/05/2018 | Bill | Inv #LA-01227520 | Music Express Inc. | | 108.10 | Uncleared |
| 08/05/2018 | Bill | Inv #LA-01227518 | Music Express Inc. | | 116.10 | Uncleared |
| 08/06/2018 | Bill | Inv #7631 | Brucemore | VIP Talent Party | 500.00 | Uncleared |
| 08/06/2018 | Bill | Inv #LA-01227516 | Music Express Inc. | | 134.10 | Uncleared |
| 08/06/2018 | Bill | Inv #LA-01226160 | Music Express Inc. | | 184.60 | Uncleared |
| 08/08/2018 | Bill | | Creative Artists Agency | additional airfare for the Harps | 540.00 | Uncleared |
| 08/06/2018 | Bill | NE-6 | Central Talent Booking | stage 2 contract payment | 5,000.00 | Uncleared |
| 08/06/2018 | Bill | Folio #289331A | DoubleTree by Hilton | Cathy Garcia | 1,975.28 | Uncleared |
| 07/01/2018 | Bill | Check #13,121 | DoubleTree by Hilton | Town Hall Meeting | 663.13 | Uncleared |
| 07/12/2018 | Bill | | City Treasurer (City of Cedar Rapids) | Liquor License Application | 15.00 | Uncleared |
| 07/27/2018 | Bill | Inv #0158515 | Perkins+Will, Inc. | code analysis | 3,000.00 | Uncleared |
| 08/05/2018 | Bill | Folio #289332A | DoubleTree by Hilton | staff room | 459.86 | Uncleared |
| 08/06/2018 | Bill | Folio #289331A | DoubleTree by Hilton | staff room | 461.86 | Uncleared |
| 08/06/2018 | Bill | | CR Special Duty Police | security - newbo evolve | 30,767.85 | Uncleared |
| 08/06/2018 | Bill | Inv #190 | Orange Guy Fence, Inc. | | 11,550.00 | Uncleared |
| 08/07/2018 | Bill | Inv #00341 | Texas Etiquette | Charm School | 900.00 | Uncleared |

| Date | Type | Num | Name | Memo | Amount | Status |
|---|---|---|---|---|---|---|
| 08/07/2018 | Bill | Inv #20180806 | Entertainment Lockers, Inc. | | 10,465.00 | Uncleared |
| 08/07/2018 | Bill | Inv #3275 | Park CR | | 235.00 | Uncleared |
| 08/08/2018 | Check | 3128 | Big Ten Rentals Inc | flooring | 7,879.52 | Uncleared |
| 08/08/2018 | Bill | A/R Acct 151 | Ramada Hotel and Conference Center | crew rooms | 14,028.58 | Uncleared |
| 08/09/2018 | Bill | Inv #203419 | Aero Rental | slush machines | 472.23 | Uncleared |
| 08/09/2018 | Check | 3148 | Tahera Rahman | | 351.60 | Uncleared |
| 08/10/2018 | Check | 3161 | CG Activation, Inc. | | 42,659.97 | Uncleared |
| 08/09/2018 | Bill | Inv #36130 | DoubleTree by Hilton | | 32,865.71 | Uncleared |
| 07/16/2018 | Bill | Inv #118 | Cocas Ranch | Yoga | 1,605.00 | Uncleared |
| 07/25/2018 | Bill | Inv #14178 | Hollywood's Productions, Inc. | bar trailers | 29,504.80 | Uncleared |
| 08/05/2018 | Check | 3152 | Chicago Multi Cultural Dance Center Inc | Hiplet Ballerinas | 5,750.00 | Uncleared |
| 08/08/2018 | Check | 3153 | Sustainable Landscape Solutions LLC | Inv #890 | 12,881.00 | Uncleared |
| 08/09/2018 | Check | 3151 | Katrina Adia | | 9,865.28 | Uncleared |
| 08/02/2018 | Bill | Inv #71-3145 | Cedar Ridge Winery & Distillery | | 3,012.00 | Unpaid |
| 08/13/2018 | Journal Entry | COGS - evolve | | Benz | -2,455.00 | Unpaid |
| 08/14/2018 | Bill | Acct #286748 | Atlantic Coca-Cola | Inv #411927 | 4,866.00 | Unpaid |
| 08/14/2018 | Bill | Acct #286748 | Atlantic Coca-Cola | Inv #409963 | 7,086.48 | Unpaid |
| 08/14/2018 | Bill | Acct #286748 | Atlantic Coca-Cola | Inv #412313 | 15,501.60 | Unpaid |
| 08/14/2018 | Bill | Acct #286748 | Atlantic Coca-Cola | Inv #413846 | -15,801.30 | Unpaid |
| 8/19/2018 | Bill | | Hy-Vee, Inc. | estimate only, Mark negotiating (ice) | 9,000.00 | Unpaid |
| 08/10/2018 | Bill | Inv #D29 | Harp Design Co | | 283.00 | Unpaid |
| 08/01/2018 | Vendor Credit | pre-payment | WEEK Television Inc. | | -1,700.00 | Unpaid |
| 07/16/2018 | Bill | Inv #2963 | de Novo | | 4,086.25 | Unpaid |
| 8/19/2018 | Bill | | de Novo | no invoice, estimate only | 7,500.00 | Unpaid |
| 07/31/2018 | Bill | Inv #168351 | Allegra | swag bags | 2,234.24 | Unpaid |
| 08/02/2018 | Bill | | Hy-Vee, Inc. | | 442.53 | Unpaid |
| 08/03/2018 | Bill | | Hy-Vee, Inc. | | 160.87 | Unpaid |
| 08/03/2018 | Bill | | Hy-Vee, Inc. | | 536.27 | Unpaid |
| 08/03/2018 | Bill | | Hy-Vee, Inc. | | 96.20 | Unpaid |
| 08/03/2018 | Bill | | Hy-Vee, Inc. | | 180.47 | Unpaid |
| 08/10/2018 | Bill | Inv #2323 | Budget Car | car rental for talent transportation | 259.52 | Unpaid |
| 08/10/2018 | Bill | Inv #2325 | Budget Car | car rental for talent transportation | 950.76 | Unpaid |
| 08/10/2018 | Bill | Inv #2326 | Budget Car | car rental for talent transportation | 917.31 | Unpaid |
| 08/16/2018 | Bill | | The Hotel Kirkwood | rooms for talent plus VIP party | 15,295.00 | Unpaid |
| 08/19/2018 | Bill | | Residence Inn | rooms for talent - no invoice, estimate | 3,000.00 | Unpaid |
| 08/19/2018 | Bill | | | Hair for talent - no invoice, estimate | 3,000.00 | Unpaid |
| 08/19/2018 | Bill | | | Make up for talent - no invoice, estimate | 3,000.00 | Unpaid |
| 08/16/2018 | Bill | Inv #51568900 | Office Team | | 136.50 | Unpaid |
| 08/16/2018 | Bill | Inv #51567997 | Office Team | | 125.94 | Unpaid |
| 8/19/2018 | Bill | | Nick's crew | set up, clean up, and additional labor on concert grounds (estimate only, hours not received) | 10,000.00 | Unpaid |
| 08/19/2019 | Bill | | de Novo | Heather Friedman's final payment (not invoiced) | 5,000.00 | Unpaid |
| 08/19/2019 | Bill | | Bergen, Taylor | | 10,000.00 | Unpaid |

| Date | Type | Num | Name | Memo | Amount | Status |
|---|---|---|---|---|---|---|
| 08/13/2018 | Bill | | Berg, Jennifer | | 7,363.50 | Unpaid |
| 08/13/2018 | Bill | | Curt Alan Rosener | | 2,000.00 | Unpaid |
| 08/13/2018 | Bill | | Sherri Lynn Rosener | | 2,000.00 | Unpaid |
| 07/30/2018 | Bill | Inv #168464 | Allegra | Soul Food Banner | 358.45 | Unpaid |
| 07/31/2018 | Bill | Inv #126316 | Strategic Print Solutions, Inc. | signage | 3,749.01 | Unpaid |
| 08/02/2018 | Bill | Inv #168635 | Allegra | cedar ridge pop up | 1,412.73 | Unpaid |
| 08/04/2018 | Bill | | Hy-Vee, Inc. | | 161.18 | Unpaid |
| 08/04/2018 | Bill | | Hy-Vee, Inc. | | 180.63 | Unpaid |
| 08/07/2018 | Journal Entry | | Contemporary Services | | -6,490.11 | Unpaid |
| 08/09/2018 | Bill | Acct #040944O991 | Alliant Energy/IPL | electic for newbo evolve concert stage | 125.44 | Unpaid |
| 08/09/2018 | Bill | Inv #51520053 | Office Team | | 91.00 | Unpaid |
| 08/09/2018 | Bill | Inv #51520099 | Office Team | | 91.00 | Unpaid |
| 08/09/2018 | Bill | Inv #51520100 | Office Team | | 109.02 | Unpaid |
| 08/09/2018 | Bill | Inv #51520109 | Office Team | | 189.64 | Unpaid |
| 08/09/2018 | Bill | Inv #51520103 | Office Team | | 91.36 | Unpaid |
| 08/09/2018 | Bill | Inv #51520101 | Office Team | | 136.32 | Unpaid |
| 08/09/2018 | Bill | Inv #51520104 | Office Team | | 40.95 | Unpaid |
| 08/09/2018 | Bill | Inv #51520059 | Office Team | | 118.30 | Unpaid |
| 08/09/2018 | Bill | Inv #51520057 | Office Team | | 127.40 | Unpaid |
| 08/09/2018 | Bill | Inv #51520098 | Office Team | | 91.00 | Unpaid |
| 08/09/2018 | Bill | Inv #51520102 | Office Team | | 109.20 | Unpaid |
| 08/09/2018 | Bill | Inv #51520110 | Office Team | | 118.30 | Unpaid |
| 08/09/2018 | Bill | Inv #51521282 | Office Team | | 124.31 | Unpaid |
| 08/09/2018 | Bill | Inv #51521281 | Office Team | | 209.30 | Unpaid |
| 08/10/2018 | Bill | | Cashmere Felling | cinnamon rolls | 200.00 | Unpaid |
| 08/13/2018 | Bill | Inv #0810 | Elmcrest Country Club | 15 pans/lids | 24.75 | Unpaid |
| 08/13/2018 | Bill | Inv #17816 | Life Time Fence Co. | | 11,681.25 | Unpaid |
| 08/13/2018 | Bill | Inv #51529153 | Office Team | | 222.95 | Unpaid |
| 08/13/2018 | Bill | Inv #51529118 | Office Team | | 112.29 | Unpaid |
| 08/13/2018 | Bill | Inv #51529151 | Office Team | | 127.40 | Unpaid |
| 08/13/2018 | Bill | Inv #51529081 | Office Team | | 131.95 | Unpaid |
| 08/13/2018 | Bill | Inv #51529146 | Office Team | | 263.90 | Unpaid |
| 08/13/2018 | Bill | Inv #51529117 | Office Team | | 118.30 | Unpaid |
| 08/13/2018 | Bill | Inv #51529085 | Office Team | | 263.90 | Unpaid |
| 08/13/2018 | Bill | Inv #51529082 | Office Team | | 254.80 | Unpaid |
| 08/13/2018 | Bill | Inv #51529078 | Office Team | | 318.50 | Unpaid |
| 08/13/2018 | Bill | Inv #51529087 | Office Team | | 299.75 | Unpaid |
| 08/13/2018 | Bill | Inv #51528812 | Office Team | | 137.23 | Unpaid |
| 08/13/2018 | Bill | Inv #51522787 | Office Team | | 109.20 | Unpaid |
| 08/13/2018 | Bill | Inv #51522779 | Office Team | | 137.23 | Unpaid |
| 08/13/2018 | Bill | Inv #51522780 | Office Team | | 125.94 | Unpaid |
| 08/13/2018 | Bill | | T.S.W., Inc. | labor | 62,025.00 | Unpaid |

| Date | Type | Ref | Payee | Memo | Amount | Status |
|---|---|---|---|---|---|---|
| 08/13/2018 | Bill | newbo evolve | City of Cedar Rapids | collection & disposal of rubbish for newbo evolve | 2,261.17 | Unpaid |
| 08/13/2018 | Bill | Inv #51529152 | Office Team | | 146.87 | Unpaid |
| 08/14/2018 | Bill | Inv #51555393 | Office Team | | 91.00 | Unpaid |
| 08/14/2018 | Bill | Inv #51551528 | Office Team | | 263.90 | Unpaid |
| 08/16/2018 | Bill | Inv #DW309 | Flying Connected | POS loss & damage | 2,107.00 | Unpaid |
| 08/20/2018 | Check | ACH | West Bend Mutual Insurance Co. | general liability insurance | 3,496.00 | Unpaid |
| 08/19/2018 | Bill | | de novo | reimbursed expenses (Unbilled and estimate only) | 35,000.00 | Unpaid |
| 08/19/2018 | Bill | | Hy-Vee, Inc. | catering for stage crew, Mark negotiating (invoice not received) | 10,000.00 | Unpaid |
| 08/19/2018 | Bill | | Per Mar | security - invoice not received, estimate | 15,000.00 | Unpaid |
| 08/19/2018 | Bill | | ATM Commissions | ATM rebate/commissions, payment not received - estimate | -5,000.00 | Unpaid |
| 08/19/2018 | Bill | | Keith Billick | fountain construction - no invoice, estimate | 500.00 | Unpaid |
| 08/19/2018 | Bill | | TBD | bug bombing - no invoice, estimate | 2,500.00 | Unpaid |
| 08/19/2018 | Bill | | ImaginITGraphix | evolve on Mt. Trashmore, sidewalk stickers - no invoice, estimate | 7,500.00 | Unpaid |
| 08/19/2018 | Bill | | Strategic Print Solutions, Inc. | signage - no invoice, estimate | 1,200.00 | Unpaid |
| 07/31/2018 | Bill | | Timberland Promotions | cups | 14,552.57 | Unpaid |
| 08/06/2018 | Bill | Inv #3668 | Cedar Rapids Public Library | | 550.00 | Unpaid |
| 08/13/2018 | Bill | Inv #2760 | Theatre CR | | 7,322.50 | Unpaid |
| 08/19/2018 | Bill | | African America Museum | | 5,500.00 | Unpaid |
| 08/19/2018 | Bill | | Paramount | estimate only, no invoice received (cancellation fee) | 1,000.00 | Unpaid |
| 08/19/2018 | Bill | | Kickstand CR LLC | estimate only, no invoice received (net of catering for stage crew & profit share) | 15,000.00 | Unpaid |
| 08/19/2018 | Bill | | Ideal Theater | estimate only, no invoice received | 10,000.00 | Unpaid |
| 08/09/2018 | Bill | Inv #1295 | Bandwango | | 22,509.54 | Unpaid |
| 08/08/2018 | Bill | Inv #10153 | RGS Productions | temple bar stage | 16,500.00 | Unpaid |
| 08/10/2018 | Bill | Inv #1 | Allison Thompson | Yoga | 750.00 | Unpaid |
| 08/15/2018 | Bill | Inv #3 | Kitchen Counter LLC | Sam & Phoebe Charles - Soul Food, production & parking | 236.82 | Unpaid |
| 08/16/2018 | Bill | Inv #0000022 | Windy City Mobile Spa | Labor for licensed technicians in spa pop up shop | 9,865.28 | Unpaid |
| 08/17/2018 | Bill | | Second Succession, LLC | pop up shops | 2,000.00 | Unpaid |
| 08/19/2018 | Bill | | Amanda Zhorn | labor at pop up shops - estimate, no invoice | 2,500.00 | Unpaid |
| 8/11/2018 | Bill | | Bankers Trust | Interest | 473.61 | Unpaid |