**Linda McClintic**

| | |
|---|---|
| From: | Linda McClintic |
| Sent: | Thursday, June 14, 2018 9:47 AM |
| To: | LoanOpsCommercial |
| Cc: | Lisa Karr |
| Subject: | FW: Go Cedar Rapids |

Please advance $125,000.00 from _____ AND $100,000.00 from _____ and credit both to _____

*Linda McClintic*
Commercial Lending Associate II

From: Lisa Karr
Sent: Thursday, June 14, 2018 9:32 AM
To: 'Doug Hargrave'
Cc: Pat Deignan; Josh Moore; McCreight Aaron; Sturtz Jackie; Tallman Scott; Linda McClintic
Subject: RE: Go Cedar Rapids- Final Cancellation Quote and Items needed to bind.

Doug,

You may go ahead and pay True North directly, but please send me a copy of the policy for review and a copy of the invoice for our records.

Linda,

Please advance the final $125,000 from the Evolve line of credit as well as the other $100,000 from GO CR operating line into the Evolve checking account.

Thanks!

*Lisa L. Karr*
Vice President - Commercial Banking

1

This e-mail, including attachments, is covered by the Electronic Communications Privacy Act, 1 U.S.C. 2510-2521, is confidential, and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to sender that you have received the message in error, and then please delete it. Thank you.

From: Doug Hargrave [mailto:accounting@gocedarrapids.com]
Sent: Thursday, June 14, 2018 9:27 AM
To: Lisa Karr
Cc: Pat Deignan; Josh Moore; McCreight Aaron; Sturtz Jackie; Tallman Scott
Subject: Fwd: Go Cedar Rapids- Final Cancellation Quote and Items needed to bind.

Good morning Lisa,

We have finalized the insurance for evolve through TrueNorth. The total premium is $58,163. Will you want to pay TrueNorth direct or can we simply cut a check for that?

After the payment for the insurance we should have a balance on the two lines of credit of $166,837. Could you transfer that into our checking account so we can make the final payment to Kelly Clarkson?

Thanks,

Doug

Begin forwarded message:

> From: "Penaluna, Stephanie" <SPenaluna@truenorthcompanies.com>
> Date: June 14, 2018 at 9:04:11 AM CDT
> To: Jackie Sturtz <jackie@gocedarrapids.com>, Accounting <accounting@gocedarrapids.com>, Scott Tallman <Scott@gocedarrapids.com>, Aaron McCreight <Aaron@gocedarrapids.com>, Doug Hargrave <doug.hargrave@breakawayhospitality.com>
> Cc: "Lala, Robert" <RLala@truenorthcompanies.com>
> Subject: RE: Go Cedar Rapids- Final Cancellation Quote and Items needed to bind.
>
> Thank you to everyone who was involved! Coverage is bound and once I receive the binder from the carrier I will forward it to you. (Along with the invoice.) Have a fabulous day!
>
> **Stephanie Penaluna, CISR** | Account Manager - Risk Management
> TRUENORTH®

The content of this email message and any attachments are confidential and may be legally privileged, intended solely for the addressee. If you are not the intended recipient, be advised that any use, dissemination, distribution, or copying of this email is strictly prohibited. If you receive this message in error, please notify the sender immediately by reply email and destroy the message and its attachments.

From: Jackie Sturtz [mailto:jackie@gocedarrapids.com]
Sent: Wednesday, June 13, 2018 5:04 PM