Last statement: December 29, 2017  Page 1 of 2
This statement: January 31, 2018
Total days in statement period: 33   (0)   (0)

Direct inquiries to:

GO CEDAR RAPIDS
EVOLVE
200 2ND ST SE
CEDAR RAPIDS IA 52401

Business Select Checking

Account number

Beginning bal      $3,392.39
Total additions    850,000.00
Total subtractions 842,503.65
Ending balance     $10,888.74

| Number  | Date  | Amount    | Control |
|---------|-------|-----------|---------|
| 301 SC  | 01-12 | 7,500.00  |         |
| 3002 *SC| 01-09 | 5,500.00  |         |
| 3003 SC | 01-11 | 5,000.00  |         |
| 3004 SC | 01-17 | 7,500.00  |         |
| 3005 SC | 01-12 | 12,500.00 |         |
| 3006 SC | 01-09 | 7,500.00  |         |
| 3007 SC | 01-25 | 281.50    |         |

* Skip in check sequence
SC-Substitute Check

DEBITS

| Date  | Description | Subtractions | Control Number |
|-------|-------------|--------------|----------------|
| 01-02 | Loan Payment | 200.00 | |
| 01-05 | *Bib Transfer Debit  REF  FUNDS TRANSFER TO DEP  FROM | 14,022.15 | |

DISCOVERY MATERIAL
DO NOT REDISSEMINATE
COPY PROVIDED TO DEFENSE COUNSEL
COPY TO BE RETURNED TO U.S. ATTORNEY'S OFFICE AT CONCLUSION OF CASE

DISCOVERY MATERIAL
DO NOT COPY OR REDISSEMINATE
COPY PROVIDED TO DEFENSE COUNSEL
COPY TO BE RETURNED TO U.S. ATTORNEY'S OFFICE AT CONCLUSION OF CASE

GO CEDAR RAPIDS  
January 31, 2018  
Page 2 of 2

| Date | Description | Subtractions | Control Number |
|---|---|---|---|
| 01-08 | Wire Transfer Out WILLIAM MORRIS ENDEAVOR | 500,000.00 | |
| 01-19 | Wire Transfer Out CREATIVE ARTISTS AGENCY CLIENT | 7,500.00 | |
| 01-19 | Wire Transfer Out WME ENTERTAINMENT LLC | 25,000.00 | |
| 01-19 | Wire Transfer Out CREATIVE ARTISTS AGENCY CLIENT | 250,000.00 | |

CREDITS

| Date | Description | Additions | Control Number |
|---|---|---|---|
| 01-05 | Telephone Transfer FUNDS TRANSFER FRMLOAN FROM | 65,000.00 | |
| 01-08 | Telephone Transfer FUNDS TRANSFER FRMLOAN FROM | 500,000.00 | |
| 01-19 | Telephone Transfer FUNDS TRANSFER FRMLOAN FROM | 250,000.00 | |
| 01-19 | Telephone Transfer FUNDS TRANSFER FRMLOAN FROM | 35,000.00 | |

SC-Substitute Check

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12-29 | 3,392.39 | 01-09 | 41,170.24 | 01-19 | 11,170.24 |
| 01-02 | 3,192.39 | 01-11 | 36,170.24 | 01-25 | 10,888.74 |
| 01-05 | 54,170.24 | 01-12 | 16,170.24 | | |
| 01-08 | 54,170.24 | 01-17 | 8,670.24 | | |

Exhibit Z, Page 2

BT 00637

GJ_18_585-000637