E12014091-7

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**FILED
SECRETARY OF STATE
IOWA**

**2012-02-27 15:45**

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name - do not abbreviate or combine names

| ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Cedar Rapids Area Convention and Visitors Bureau | | | |

| INDIVIDUALS LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 119 1st Avenue SE | Cedar Rapids | IA | 52401 | USA |

| TAX ID# SSN OR EIN | ADDL INFO RE ORGANIZATION DEBTOR | TYPE OF ORGANIZATION | JURISDICTION OF ORGANIZATION | ORGANIZATIONAL ID # if any |
|---|---|---|---|---|
| | | Corporation | IA | 55519 |

SECURED PARTY'S NAME (or NAME OF TOTAL ASSIGENEE of ASSIGNOR S/P) - insert only one secured party name

| ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| INDIVIDUALS LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | USA |

This FINANCING STATEMENT covers the following collateral:

All inventory, Chattel Paper, Accounts, Equipment and General Intangibles; whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements, and substitutions relating to any of the foregoing; all records of any kind relating to any of the foregoing; all proceeds relating to any of the foregoing (including insurance, general intangibles and other accounts proceeds).

ALTERNATIVE DESIGNATION [if applicable] ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum

Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] ☐ Alt Debtors ☐ Debtor 1 ☐ Debtor 2

OPTIONAL FILER REFERENCE DATA

MISCELLANEOUS

This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as extracted collateral, or is filed as a ☐ fixture filing.

Description of real estate:

Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured Home Transaction -- effective 30 years
☐ Filed in connection with a Public-Finance Transasction -- effective 30 years

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

E17005917-3

**FILED**
**SECRETARY OF STATE**
**IOWA**

**2017-01-24 09:19**

| | |
|---|---|
| A. NAME & PHONE OF CONTACT AT FILER (optional) | |
| B. E-MAIL CONTACT AT FILER (optional) | |
| C. SEND ACKNOWLEDGEMENT TO: (Name and Address) | |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| INITIAL FINANCING STATEMENT FILE NUMBER | ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|

☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement.

☐ ASSIGNMENT (full or partial): Provide name and address of Assignee and name of Assignor in sections below.

☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

☒ PARTY INFORMATION CHANGE:

Check <u>one</u> of these two boxes: This Change affects ☒ Debtor <u>or</u> ☐ Secured Party of record

<u>AND</u> Check <u>one</u> of these three boxes to:

☒ CHANGE name and/or address: Give current record name, new name (if name change), and/or new address (if address change) in sections below.   ☐ ADD name: Complete Name, and also Address section below.   ☐ DELETE name: Give record name to be deleted in section below.

CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only <u>one</u> name

| | ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | Cedar Rapids Area Convention and Visitors Bureau | | | |
| | INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

CHANGED OR ADDED INFORMATION: Complete for Assignment or Party information Change - provide only <u>one</u> name (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | Go Cedar Rapids | | | |
| | INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 87 16th Avenue SW, Suite 200 | Cedar Rapids | IA | 52404-5948 | USA |

COLLATERAL CHANGE: Also check <u>one</u> of these four boxes: ☐ ADD collateral   ☐ DELETE collateral   ☐ RESTATE covered collateral   ☐ ASSIGN collateral

Indicate collateral:

NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only <u>one</u> name (name of Assignor, if this is an Assignment). If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| | ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | | | | |
| | INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

OPTIONAL FILER REFERENCE DATA

Use this space for additional information

Exhibit AA, Page 2