Fiscal Year 2019

August 31 cash: 53,335

| | September | October | November | December | January | February | March | April | May | June | FY19 Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Inflow** | | | | | | | | | | | |
| City of Cedar Rapids | 0 | 0 | 0 | 0 | 0 | 0 | 250,000 | 0 | 0 | 250,000 | 500,000 |
| Destination Fees | 56,831 | 42,049 | 45,319 | 49,596 | 39,433 | 42,725 | 47,346 | 54,166 | 56,979 | 57,272 | 491,716 |
| Other Revenues | 45,010 | 37,500 | 3,970 | 13,102 | 10,202 | 10,202 | 10,202 | 0 | 4,900 | 20,000 | 155,086 |
| | 101,840 | 79,549 | 49,289 | 62,698 | 49,635 | 52,926 | 307,547 | 54,166 | 61,879 | 327,272 | 1,146,802 |
| **Outflow** | | | | | | | | | | | |
| *Payroll & Related* | | | | | | | | | | | |
| Wages | 51,779 | 58,709 | 58,709 | 56,576 | 67,860 | 61,910 | 61,910 | 61,042 | 61,042 | 61,042 | 600,580 |
| Taxes | 4,374 | 4,744 | 4,744 | 4,822 | 6,107 | 5,572 | 5,572 | 5,494 | 5,494 | 5,494 | 52,416 |
| Benefits | 9,003 | 7,132 | 7,132 | 7,176 | 9,940 | 9,642 | 9,642 | 9,599 | 9,599 | 9,599 | 88,465 |
| *Admin & General* | | | | | | | | | | | |
| Facilities | 7,198 | 7,497 | 7,497 | 10,882 | 7,497 | 7,497 | 9,449 | 7,497 | 7,497 | 9,449 | 81,963 |
| Other A&G | 3,004 | 3,185 | 26,160 | 1,220 | 1,995 | 3,150 | 1,660 | 1,160 | 1,160 | 3,160 | 45,854 |
| Business Development | 0 | 240 | 1,240 | 1,240 | 1,240 | 1,240 | 17,240 | 240 | 240 | 240 | 23,160 |
| Sales | 5,755 | 6,300 | 35,545 | 10,800 | 2,000 | 3,000 | 12,683 | 26,750 | 18,950 | 29,083 | 150,866 |
| Marketing | 0 | 4,335 | 2,280 | 1,280 | 1,280 | 1,280 | 2,780 | 2,280 | 1,280 | 1,280 | 18,075 |
| | 81,114 | 92,143 | 143,308 | 93,996 | 97,919 | 93,291 | 120,936 | 114,063 | 105,263 | 119,347 | 1,061,378 |
| Operations Cash Flow | 20,727 | (12,594) | (94,018) | (31,298) | (48,284) | (40,365) | 186,611 | (59,897) | (43,383) | 207,925 | 85,424 |
| Prospect Meadows | 1,710 | 0 | 500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 16,981 | 28,191 |
| Outstanding A/R | 50,844 | | | | | | | | | | 50,844 |
| Outstanding A/P | 51,386 | 38,560 | | | | | | | | | 89,946 |
| Free Cash Flow | 21,894 | (51,154) | (93,518) | (29,798) | (46,784) | (38,865) | 188,111 | (58,397) | (41,883) | 224,906 | 74,512 |
| Cumulative Free Cash Flow | 75,229 | 24,076 | (69,443) | (99,241) | (146,025) | (184,890) | 3,222 | (55,175) | (97,058) | 127,847 | |

Fiscal Year 2020

| | July | August | September | October | November | December | January | February | March | April | May | June | FY20 Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Inflow** | | | | | | | | | | | | | |
| City of Cedar Rapids | 0 | 0 | 250,000 | 0 | 0 | 250,000 | 0 | 0 | 250,000 | 0 | 0 | 250,000 | 1,000,000 |
| Destination Fees | 61,938 | 56,952 | 55,539 | 60,657 | 60,150 | 52,583 | 41,512 | 45,594 | 48,615 | 54,707 | 57,549 | 57,845 | 653,642 |
| Other Revenues | 12,330 | 12,330 | 21,854 | 59,354 | 20,354 | 10,957 | 10,202 | 10,702 | 11,967 | 0 | 0 | 14,500 | 184,550 |
| | 74,269 | 69,283 | 327,393 | 120,011 | 80,504 | 313,540 | 51,713 | 56,296 | 310,582 | 54,707 | 57,549 | 322,345 | 1,838,192 |
| **Outflow** | | | | | | | | | | | | | |
| *Payroll & Related* | | | | | | | | | | | | | |
| Wages | 63,752 | 63,752 | 64,561 | 64,561 | 64,561 | 63,763 | 69,840 | 63,741 | 63,806 | 62,874 | 62,874 | 62,874 | 770,957 |
| Taxes | 5,738 | 5,738 | 5,811 | 5,811 | 5,811 | 5,739 | 6,286 | 5,737 | 5,743 | 5,659 | 5,659 | 5,659 | 69,386 |
| Benefits | 10,782 | 10,782 | 10,823 | 10,823 | 10,823 | 10,783 | 11,087 | 10,782 | 10,785 | 10,739 | 10,739 | 10,739 | 129,687 |
| *Admin & General* | | | | | | | | | | | | | |
| Facilities | 7,342 | 7,342 | 7,342 | 7,647 | 7,647 | 11,100 | 7,647 | 7,647 | 9,638 | 7,647 | 7,647 | 9,638 | 98,287 |
| Other A&G | 13,917 | 15,564 | 8,064 | 3,249 | 11,683 | 1,244 | 2,085 | 3,213 | 1,693 | 1,183 | 1,313 | 3,223 | 66,432 |

|  | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Business Development | 275 | 275 | 275 | 275 | 1,375 | 1,375 | 1,375 | 1,375 | 18,875 | 275 | 275 | 275 | 26,300 |
| Sales | 18,000 | 2,050 | 5,500 | 15,000 | 1,400 | 6,300 | 0 | 750 | 15,000 | 3,750 | 10,000 | 47,750 | 125,500 |
| Marketing | 1,280 | 1,280 | 1,280 | 1,280 | 1,880 | 1,280 | 1,280 | 1,280 | 2,780 | 1,280 | 1,280 | 1,280 | 17,460 |
|  | 121,086 | 106,784 | 103,657 | 108,646 | 105,180 | 101,583 | 99,599 | 94,525 | 128,320 | 93,406 | 99,786 | 141,437 | 1,304,009 |
| Operations Cash Flow | (46,817) | (37,501) | 223,737 | 11,365 | (24,676) | 211,956 | (47,886) | (38,229) | 182,262 | (38,699) | (42,237) | 180,908 | 534,182 |
| Prospect Meadows | 22,552 | 62,738 | 3,180 | 24,864 | 500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 3,364 | 20,248 | 144,946 |
| Free Cash Flow | (24,265) | 25,236 | 226,917 | 36,229 | (24,176) | 213,456 | (46,386) | (36,729) | 183,762 | (37,199) | (38,873) | 201,156 | 679,128 |
| Cumulative Free Cash Flow | 103,582 | 128,819 | 355,735 | 391,965 | 367,789 | 581,245 | 534,859 | 498,130 | 681,892 | 644,693 | 605,820 | 806,976 |  |

| | Fiscal Year 2021 | | | | | | Fiscal Year 2022 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | FY21 Total | | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | FY22 Total |
| Inflow | | | | | | Inflow | | | | | |
| City of Cedar Rapids | 250,000 | 250,000 | 250,000 | 250,000 | 1,000,000 | City of Cedar Rapids | 250,000 | 250,000 | 250,000 | 250,000 | 1,000,000 |
| Destination Fees | 176,736 | 175,991 | 137,757 | 172,653 | 663,137 | Destination Fees | 179,958 | 179,511 | 140,512 | 176,106 | 676,087 |
| Other Revenues | 41,325 | 51,168 | 105,182 | 0 | 197,676 | Other Revenues | 42,152 | 52,192 | 107,286 | 0 | 201,629 |
| | 468,061 | 477,159 | 492,939 | 422,653 | 1,860,813 | | 472,110 | 481,702 | 497,798 | 426,106 | 1,877,716 |
| Outflow | | | | | | Outflow | | | | | |
| Payroll & Related | | | | | | Payroll & Related | | | | | |
| Wages | 197,792 | 198,629 | 203,220 | 194,280 | 793,921 | Wages | 295,173 | 204,544 | 209,227 | 200,108 | 909,053 |
| Taxes | 17,801 | 17,877 | 18,290 | 17,485 | 71,453 | Taxes | 26,566 | 18,409 | 18,830 | 18,010 | 81,815 |
| Benefits | 34,237 | 34,279 | 34,508 | 34,061 | 137,085 | Benefits | 40,786 | 36,254 | 36,488 | 36,033 | 149,561 |
| Admin & General | | | | | | Admin & General | | | | | |
| Facilities | 22,688 | 27,186 | 25,681 | 25,681 | 101,235 | Facilities | 23,369 | 28,002 | 26,451 | 26,451 | 104,273 |
| Other A&G | 38,672 | 16,662 | 7,201 | 5,891 | 68,425 | Other A&G | 39,832 | 17,161 | 7,417 | 6,068 | 70,478 |
| Business Development | 842 | 3,086 | 22,058 | 842 | 26,826 | Business Development | 858 | 3,147 | 22,499 | 858 | 27,363 |
| Sales | 26,061 | 23,154 | 16,065 | 62,730 | 128,010 | Sales | 26,582 | 23,617 | 16,386 | 63,985 | 130,570 |
| Marketing | 3,917 | 4,529 | 5,447 | 3,917 | 17,809 | Marketing | 3,995 | 4,619 | 5,556 | 3,995 | 18,165 |
| | 342,010 | 325,401 | 332,469 | 344,886 | 1,344,766 | | 457,160 | 335,755 | 342,855 | 355,507 | 1,491,277 |
| Operations Cash Flow | 126,052 | 151,759 | 160,470 | 77,767 | 516,047 | Operations Cash Flow | 14,950 | 145,948 | 154,943 | 70,599 | 386,439 |
| Prospect Meadows | 109,485 | 31,788 | 4,500 | 27,276 | 173,048 | Prospect Meadows | 120,210 | 34,683 | 4,500 | 29,661 | 189,054 |
| Free Cash Flow | 235,536 | 183,546 | 164,970 | 105,042 | 689,095 | Free Cash Flow | 135,160 | 180,631 | 159,443 | 100,259 | 575,493 |
| Cumulative Free Cash Flow | 1,042,512 | 1,226,058 | 1,391,029 | 1,496,071 | | Cumulative Free Cash Flow | 1,631,231 | 1,811,862 | 1,971,305 | 2,071,564 | |

## Fiscal Year 2019

| Employee | Pay Rate | Salary Monthly | Annual | Commissions 8.5% | Bonus Payout 0.0% | Employer Taxes 9% | 401(k) employer | Cell Phone Reimbursement | Payroll Processing | Benefits | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Deeter, Heather | 2,384 | 4,769 | 57,227 | | | 429 | 238 | 50 | 150 | Wellmark | 2,977 |
| Hargrave, Douglas S. | 4,500 | 9,000 | 108,000 | | 20% | 810 | 450 | 50 | | United Healthcare | 324 |
| Malmberg, Mary Lee | 3,156 | 6,313 | 75,752 | | 10% | 568 | 316 | 50 | | Lincoln National | 255 |
| McGurk, Donald | 3,315 | 6,631 | 79,568 | | 10% | 597 | 332 | 50 | | VSP | 81 |
| Meyer, Mark J. | 3,125 | 6,250 | 75,000 | X | | 563 | 313 | 50 | | Delta Dental | 260 |
| Pickar, Jennifer | 3,293 | 6,586 | 79,033 | | 10% | 593 | 329 | 50 | | | |
| Stow, Julie A. | 2,790 | 5,579 | 66,950 | | 10% | 502 | 279 | 50 | | Wellmark | 5,019 |
| Sturtz, Jacquelyn R. | 1,916 | 3,832 | 45,980 | | | 345 | 192 | 50 | | United Healthcare | 357 |
| Zabel, Elizabeth L. | 1,875 | 3,750 | 45,000 | | 10% | 338 | 188 | 50 | | Lincoln National | 329 |
| Interim CEO (Sep-Dec) | 3,000 | 6,000 | 72,000 | | | | | | | VSP | 143 |
| CEO (Jan forward) | 4,167 | 8,333 | 100,000 | | 30% | 750 | 417 | 50 | | Delta Dental | 466 |
| September: | | 58,709 | | 2,277 | | 4,949 | 2,749 | 600 | | | 3,897 |
| October: | | 58,709 | | 0 | | 4,744 | 2,635 | 600 | | | 3,897 |
| November: | | 58,709 | | 0 | | 4,744 | 2,635 | 600 | | | 3,897 |
| December: | | 55,709 | | 867 | | 4,822 | 2,679 | 600 | | | 3,897 |
| January: | | 61,042 | | 6,817 | | 6,107 | 2,976 | 650 | | | 6,314 |
| February: | | 61,042 | | 867 | | 5,572 | 2,679 | 650 | | | 6,314 |
| March: | | 61,042 | | 867 | | 5,572 | 2,679 | 650 | | | 6,314 |
| April: | | 61,042 | | 0 | | 5,494 | 2,635 | 650 | | | 6,314 |
| May: | | 61,042 | | 0 | | 5,494 | 2,635 | 650 | | | 6,314 |
| June: | | 61,042 | | 0 | | 5,494 | 2,635 | 650 | | | 6,314 |
| | | 598,091 | | 11,696 | 0 | 52,991 | 26,939 | 6,300 | | | 53,469 |

## Fiscal Year 2020

| Employee | Pay Rate | Salary Monthly | Annual | Commissions 8.5% | Bonus Payout 0.0% | Employer Taxes 9% | 401(k) employer | Cell Phone Reimbursement | Payroll Processing | Benefits | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Deeter, Heather | 2,456 | 4,912 | 58,944 | | | 442 | 246 | 50 | 150 | Wellmark | 5,521 |
| Hargrave, Douglas S. | 4,635 | 9,270 | 111,240 | | 20% | 834 | 464 | 50 | | United Healthcare | 392 |
| Malmberg, Mary Lee | 3,251 | 6,502 | 78,025 | | 10% | 585 | 325 | 50 | | Lincoln National | 362 |
| McGurk, Donald | 3,415 | 6,830 | 81,954 | | 10% | 615 | 341 | 50 | | VSP | 158 |
| Meyer, Mark J. | 3,219 | 6,438 | 77,250 | X | | 579 | 322 | 50 | | Delta Dental | 512 |
| Pickar, Jennifer | 3,392 | 6,784 | 81,403 | | 10% | 611 | 339 | 50 | | | |
| Stow, Julie A. | 2,873 | 5,747 | 68,958 | | 10% | 517 | 287 | 50 | | | |
| Sturtz, Jacquelyn R. | 1,973 | 3,947 | 47,359 | | | 355 | 197 | 50 | | | |
| Zabel, Elizabeth L. | 1,931 | 3,863 | 46,350 | | 10% | 348 | 193 | 50 | | | |
| CEO | 4,292 | 8,583 | 103,000 | | 30% | 773 | 429 | 50 | | | |
| July: | | 62,874 | | 878 | | 5,738 | 3,188 | 650 | | | 6,945 |
| August: | | 62,874 | | 878 | | 5,738 | 3,188 | 650 | | | 6,945 |
| September: | | 62,874 | | 1,688 | | 5,811 | 3,228 | 650 | | | 6,945 |
| October: | | 62,874 | | 1,688 | | 5,811 | 3,228 | 650 | | | 6,945 |
| November: | | 62,874 | | 1,688 | | 5,811 | 3,228 | 650 | | | 6,945 |
| December: | | 62,874 | | 889 | | 5,739 | 3,188 | 650 | | | 6,945 |
| January: | | 62,874 | | 6,966 | | 6,286 | 3,492 | 650 | | | 6,945 |
| February: | | 62,874 | | 867 | | 5,737 | 3,187 | 650 | | | 6,945 |
| March: | | 62,874 | | 932 | | 5,743 | 3,190 | 650 | | | 6,945 |
| April: | | 62,874 | | 0 | | 5,659 | 3,144 | 650 | | | 6,945 |
| May: | | 62,874 | | 0 | | 5,659 | 3,144 | 650 | | | 6,945 |
| June: | | 62,874 | | 0 | | 5,659 | 3,144 | 650 | | | 6,945 |
| | | 754,484 | | 16,473 | 0 | 69,386 | 38,548 | 7,800 | | | 83,339 |

## Fiscal Year 2021

| Employee | Pay Rate | Salary Monthly | Annual | Commissions 8.5% | Bonus Payout 100.0% | Employer Taxes 9% | 401(k) employer | Cell Phone Reimbursement | Payroll Processing | Benefits | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Deeter, Heather | 2,530 | 5,059 | 60,712 | | | 455 | 253 | 50 | 150 | Wellmark | 5,935 |
| Hargrave, Douglas S. | 4,774 | 9,548 | 114,577 | | 20% | 859 | 477 | 50 | | United Healthcare | 422 |
| Malmberg, Mary Lee | 3,349 | 6,697 | 80,366 | | 10% | 603 | 335 | 50 | | Lincoln National | 389 |
| McGurk, Donald | 3,517 | 7,034 | 84,413 | | 10% | 633 | 352 | 50 | | VSP | 169 |
| Meyer, Mark J. | 3,315 | 6,631 | 79,568 | X | | 597 | 332 | 50 | | Delta Dental | 551 |
| Pickar, Jennifer | 3,494 | 6,987 | 83,846 | | 10% | 629 | 349 | 50 | | | |
| Stow, Julie A. | 2,959 | 5,919 | 71,027 | | 10% | 533 | 296 | 50 | | | |
| Sturtz, Jacquelyn R. | 2,033 | 4,065 | 48,780 | | | 366 | 203 | 50 | | | |
| Zabel, Elizabeth L. | 1,989 | 3,978 | 47,741 | | 10% | 358 | 199 | 50 | | | |
| CEO | 4,420 | 8,841 | 106,090 | | 30% | 796 | 442 | 50 | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| July: | 64,760 | | 896 | | 5,909 | 3,283 | 650 | 7,466 |
| August: | 64,760 | | 896 | | 5,909 | 3,283 | 650 | 7,466 |
| September: | 64,760 | | 1,721 | | 5,983 | 3,324 | 650 | 7,466 |
| October: | 64,760 | | 0 | | 5,828 | 3,238 | 650 | 7,466 |
| November: | 64,760 | | 3,443 | | 6,138 | 3,410 | 650 | 7,466 |
| December: | 64,760 | | 907 | | 5,910 | 3,283 | 650 | 7,466 |
| January: | 64,760 | | 7,088 | | 6,466 | 3,592 | 650 | 7,466 |
| February: | 64,760 | | 867 | | 5,906 | 3,281 | 650 | 7,466 |
| March: | 64,760 | | 985 | | 5,917 | 3,287 | 650 | 7,466 |
| April: | 64,760 | | 0 | | 5,828 | 3,238 | 650 | 7,466 |
| May: | 64,760 | | 0 | | 5,828 | 3,238 | 650 | 7,466 |
| June: | 64,760 | | 0 | | 5,828 | 3,238 | 650 | 7,466 |
| | 777,119 | | 16,802 | 91,482 | 71,453 | 39,696 | 7,800 | 89,589 |

## Fiscal Year 2022

| Employee | Pay Rate | Salary Monthly | Annual | Commissions 8.5% | Bonus Payout 100.0% | Employer Taxes 9% | 401(k) employer | Cell Phone Reimbursement | Payroll Processing | Benefits | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Deeter, Heather | 2,606 | 5,211 | 62,534 | | | 469 | 261 | 50 | 150 | Wellmark | 6,380 |
| Hargrave, Douglas S. | 4,917 | 9,835 | 118,015 | | 20% | 885 | 492 | 50 | | United Healthcare | 453 |
| Malmberg, Mary Lee | 3,449 | 6,898 | 82,777 | | 10% | 621 | 345 | 50 | | Lincoln National | 418 |
| McGurk, Donald | 3,623 | 7,245 | 86,945 | | 10% | 652 | 362 | 50 | | VSP | 182 |
| Meyer, Mark J. | 3,415 | 6,830 | 81,955 | X | | 615 | 341 | 50 | | Delta Dental | 592 |
| Pickar, Jennifer | 3,598 | 7,197 | 86,361 | | 10% | 648 | 360 | 50 | | | |
| Stow, Julie A. | 3,048 | 6,096 | 73,158 | | 10% | 549 | 305 | 50 | | | |
| Sturtz, Jacquelyn R. | 2,093 | 4,187 | 50,244 | | | 377 | 209 | 50 | | | |
| Zabel, Elizabeth L. 3% | 2,049 | 4,098 | 49,173 | | 10% | 369 | 205 | 50 | | | |
| CEO | 4,553 | 9,106 | 109,273 | | 30% | 820 | 455 | 50 | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| July: | 66,703 | | 914 | | 14,319 | 7,955 | 650 | 8,026 |
| August: | 66,703 | | 914 | | 6,085 | 3,381 | 650 | 8,026 |
| September: | 66,703 | | 1,756 | | 6,161 | 3,423 | 650 | 8,026 |
| October: | 66,703 | | 0 | | 6,003 | 3,335 | 650 | 8,026 |
| November: | 66,703 | | 3,512 | | 6,319 | 3,511 | 650 | 8,026 |
| December: | 66,703 | | 925 | | 6,086 | 3,381 | 650 | 8,026 |
| January: | 66,703 | | 7,212 | | 6,652 | 3,696 | 650 | 8,026 |
| February: | 66,703 | | 867 | | 6,081 | 3,378 | 650 | 8,026 |
| March: | 66,703 | | 1,040 | | 6,097 | 3,387 | 650 | 8,026 |
| April: | 66,703 | | 0 | | 6,003 | 3,335 | 650 | 8,026 |
| May: | 66,703 | | 0 | | 6,003 | 3,335 | 650 | 8,026 |
| June: | 66,703 | | 0 | | 6,003 | 3,335 | 650 | 8,026 |
| | 800,433 | | 17,139 | 94,226 | 81,815 | 45,453 | 7,800 | 96,308 |